# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : : | Chapter 11 |
| Ambri Inc.,[1] | : : | Case No. 24-10952 (LSS) |
| Debtor. | : : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

### DECLARATION OF DISINTERESTEDNESS OF Ali Alemozafar
### IN SUPPORT OF RETENTION AS AN ORDINARY COURSE PROFESSIONAL

The undersigned hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Member at Wilson Sonsini Goodrich & Rosati (the "Firm"), which has a place of business at Palo Alto, CA.

2. The above-captioned debtor and debtor-in-possession (the "Debtor") has requested that the Firm provide legal services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future for persons or entities that are parties in interest in the above-captioned chapter 11 case (the "Chapter 11 Case"). Insofar as I have been able to ascertain, the Firm does not perform services for any such person or entity in connection with the Chapter 11 Case or have any relationship with any such person or entity that would be adverse to the Debtor or its estate.

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtor, claimants, and parties in interest in the Chapter 11 Case.

5. Neither I nor any principal, partner, director, or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate.

7. The Firm is *either* (a) an attorney or law firm entity that is either (i) not owed any amounts or (ii) is owed $17,195.39 on account of services rendered and expenses incurred prior to the Petition Date in connection with the Firm's employment by the Debtor, the payment of which is subject to limitations contained in the Bankruptcy Code, *or* (b) a non-attorney or non-law firm entity that is either (i) not owed any amounts or (ii) has agreed to waive any amounts owed on account of services rendered and expenses incurred prior to the Petition Date in connection with the Firm's employment by the Debtor.

8. The Firm is conducting further inquiries regarding its employment by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this affidavit.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 27, 2024

DocuSigned by:

*Ali Alemozafar*

9DD28CA5AD0D4B6

Name: Ali R. Alemozafar, Ph.D., Esq.
Firm: Wilson Sonsini Goodrich & Rosati
Position: Member