# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Ambri Inc.,[1] | Case No. 24-10952 (LSS) |
| Debtor. | **Ref. Docket No. 186** |

## CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2024, I caused to be served the "Declaration of Disinterestedness of Ali Alemozafar in Support of Retention as an Ordinary Course Professional," dated June 27, 2024 [Docket No. 186], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Angela Chachoff*
Angela Chachoff

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

**EXHIBIT A**

Ambri Inc. Case No. 24-10952 (LSS)
Electronic Mail Service List

| Email |
|---|
| joseph.cudia@usdoj.gov |
| chris.koenig@kirkland.com; chad.husnick@kirkland.com |
| rdehney@morrisnichols.com |
| bsandler@pszjlaw.com; sgolden@pszjlaw.com |