# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Ambri Inc.,[1] | Case No. 24-10952 (LSS) |
| Debtor. | Ref. Docket Nos. 193 & 196-197 |

## CERTIFICATE OF SERVICE

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 3, 2024, I caused to be served the:

   a. "Supplemental Declaration of Steven Bremer in Support of the Sale of Substantially All of the Debtor's Assets," dated July 3, 2024 [Docket No. 193], (the "Supplemental Bremer Declaration"),

   b. "Notice of Filing of Revised Sale Order," dated July 3, 2024 [Docket No. 196], (the "Revision Notice"), and

   c. "Notice of Agenda for Hearing on July 9, 2024 at 11:00 a.m. (ET)," dated July 3, 2024 [Docket No. 197], (the "Agenda"),

by causing true and correct copies of the:

   i. Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. Supplemental Bremer Declaration and Revision Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   iii. Supplemental Bremer Declaration, Revision Notice, and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Jack Lawrence*
Jack Lawrence

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 8X8, INC. | 675 CREEKSIDE WAY CAMPBELL CA 95008 |
| AON CONSULTING, INC | 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| COMCAST BUSINESS | 1701 JFK BOULEVARD PHILADELPHIA PA 19103 |
| DAVID C. WEISS | HERCULES BUILDING US ATTORNEYS OFFICE 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 18901 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JONES LANG LASALLE | 200 EAST RANDOLPH STREET 45TH FLOOR CHICAGO IL 60601 |
| LINDE GAS & EQUIPMENT, INC. | 10170 VIRGINIA AVE CHICAGO RIDGE IL 60415 |
| MORGAN THERMAL CERAMICS INC. | YORK HOUSE SHEET STREET WINDSOR SL4 1DD UNITED KINGDOM |
| MUNSON MACHINERY CO INC. | 210 SEWARD AVENUE UTICA NY 13502 |
| NATIONAL GRID | 40 SYLVAN RD WALTHAM MA 02451-1200 |
| PRINCE AND IZANT CO. | 12999 PLAZA DR CLEVELAND OH 44130 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |

**Total Creditor count  12**

**EXHIBIT B**

Ambri Inc. Case No. 24-10952 (LSS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| ATLANTIS EQUIPMENT CORPORATION | acct@atlantisequipment.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BOSTON SHIPPING CONSULTANTS | dennis@boston-shipping.com |
| CRYSTAL ENGINEERING COMPANY, INC. | bethl@crystalengineering.com |
| CSC LEASING COMPANY | ddenslow@cscleasing.com |
| DELAWARE SECRETARY OF STATE | dosdoc_web@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| DHL EXPRESS - USA | greg.hewitt@dhl.com |
| DIP SECURED PARTIES | chris.koenig@kirkland.com; chad.husnick@kirkland.com |
| DIP SECURED PARTIES | rdehney@morrisnichols.com |
| ETM MANUFACTURING CO. | ar@etmmfg.com |
| EVERSOURCE | greg.butler@eversource.com |
| HINKLEY, ALLEN & SNYDER LLP | jdoran@hinckleyallen.com |
| IHS GLOBAL, S&P GLOBAL | jordan.brooksher@spglobal.com |
| J. CALNAN & ASSOCIATES INC. | tkelly@jcalnan.com |
| KIRKLAND & ELLIS LLP | chusnick@kirkland.com; chris.koenig@kirkland.com |
| LENOVO INC | mzielinski@lenovo.com |
| MIT TECHNOLOGY LICENSING OFFICE | lcfoster@mit.edu |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@morrisnichols.com; aremming@morrisnichols.com; srchurchill@morrisnichols.com |
| NEWBURY DESIGN ASSOCIATES INC. | rmeehan@nda-arch.com |
| NORTHSTAR PROJECT & REAL ESTATE SVCS | david.girard@northstar-pres.com |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov |
| PACHULSKI STANG, ZIEJL & JONES | bsandler@pszjlaw.com;mlitvak@pszjlaw.com;scho@pszj;law.com;sgolden@pszjlaw.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| PREPETITION SECURED PARTIES | chris.koenig@kirkland.com; chad.husnick@kirkland.com |
| PREPETITION SECURED PARTIES | rdehney@morrisnichols.com |
| QUADRO US | qecar@idexcorp.com |
| QUARRY SQUARE OWNER LLC | bgoodyear@rjkelly.com |
| QUARRY SQUARE OWNER LLC | bgoodyear@rjkelly.com |
| THE MELLEN COMPANY | lwalter@mellencompany.com |
| THIELMANN UCON GMBH | info@thielmann.com |
| TS ELINO GMBH | petra.erdorf@elino.de |
| WB ENGINEERS & CONSULTANTS, INC. | randersen@wbengineering.com |
| ZOOMINFO TECHNOLOGIES LLC | ar@zoominfo.com |