# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ambri Inc.,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 24-10952 (LSS) |

## NOTICE OF AGENDA FOR HEARING ON
## AUGUST 19, 2024 AT 2:00 P.M. (ET)[2]

---

**This hearing will be conducted in-person, any exceptions must be approved by chambers.**

**Parties may observe the hearing remotely by registering with the link below no later than August 16, 2024 at 4:00 p.m. (prevailing Eastern Time).**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

**\*The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

**After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

---

## MATTERS UNDER CERTIFICATE OF NO OBJECTION:

1. Debtor's First Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 238 – filed July 31, 2024]

    Response/Objection Deadline:　　　August 12, 2024 at 4:00 p.m.

    Responses/Objections Received:　　None.

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/Ambri.

Related Documents:

A. Certificate of No Objection Regarding Debtor's First Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 260 – filed August 13, 2024]

Status: A Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

2. Debtor's Motion for Entry of an Order (I) Amending Case Caption, (II) Authorizing the Reconstitution of the Debtor's Board, (III) Authorizing Dissolution of Old Mbria Inc., and (IV) Granting Related Relief [Docket No. 239 – filed August 1, 2024]

Response/Objection Deadline: August 12, 2024 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

A. Certificate of No Objection Regarding Debtor's Motion for Entry of an Order (I) Amending Case Caption, (II) Authorizing the Reconstitution of the Debtor's Board, (III) Authorizing Dissolution of Old Mbria Inc., and (IV) Granting Related Relief [Docket No. 261 – filed August 13, 2024]

Status: A Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

3. Debtor's First Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 243 – filed August 2, 2024]

Response/Objection Deadline: August 12, 2024 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

A. Certificate of No Objection Regarding Debtor's First Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 262 – filed August 13, 2024]

<u>Status</u>:  A Certificate of No Objection has been filed. No hearing is necessary unless the Court has questions.

Dated: August 15, 2024  POTTER ANDERSON & CORROON LLP
Wilmington, Delaware

*/s/ Shannon A. Forshay*
L. Katherine Good (DE No. 5101)
Brett M. Haywood (DE No. 6166)
Gregory J. Flasser (DE No. 6154)
Shannon A. Forshay (DE No. 7293)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  kgood@potteranderson.com
            bhaywood@potteranderson.com
            gflasser@potteranderson.com
            sforshay@potteranderson.com

- and -

GOODWIN PROCTER LLP
Kizzy L. Jarashow (admitted *pro hac vice*)
James Lathrop (DE No. 6492)
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email:  kjarashow@goodwinlaw.com
            jlathrop@goodwinlaw.com

*Counsel for Debtor and Debtor-in-Possession*