IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ambri Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10952 (LSS)<br><br>Re: Docket No. 239 |

**ORDER (I) AMENDING CASE CAPTION, (II) AUTHORIZING THE RECONSTITUTION OF THE DEBTOR'S BOARD, (III) AUTHORIZING DISSOLUTION OF OLD MBRIA INC., AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion") of the debtor and debtor-in-possession in the above-captioned case (the "Debtor") for entry of an order (i) authorizing the Debtor to amend the case caption used in this Chapter 11 Case to reflect the change of the Debtor's legal name; (ii) authorizing the reconstitution of the Debtor's Board; (iii) authorizing dissolution of Old Mbria Inc., and (iv) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and upon the record herein; and

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

11664885v.2

after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The new caption of the Debtor's Chapter 11 Case shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Old Mbria Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10952 (LSS) |

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

3. The Clerk of the Court is directed to make a docket entry in case number 24-10952 (LSS) substantially as follows: "An order has been entered in this case directing that the caption of this case be changed in accordance with the corporate name change of Ambri Inc. to Old Mbria Inc."

4. Notwithstanding anything to the contrary in the Debtor's charter, by-laws, operating agreements, shareholder agreements, and/or other corporate governance documents, pursuant to section 303 of the DGCL, the Debtor is authorized to reconstitute its Board to permit the Remaining Member to serve as the sole member of the Debtor's Board.

5. The Debtor is authorized to take any necessary or appropriate action to effectuate dissolution of Old Mbria Inc. in accordance with applicable state law.

6. The Debtor is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

2

11664885v.2

7.  Notwithstanding Bankruptcy Rule 6004 or any other applicable Bankruptcy Rule, this Order shall take effect immediately upon approval.

8.  This Court shall retain jurisdiction with respect to all matters relating to or arising from the interpretation, implementation or enforcement of this Order.

**Dated: August 16th, 2024**
**Wilmington, Delaware**

*[signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

3

11664885v.2