THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ambri, Inc.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10952 (LSS)<br><br>**Re: Docket No. 243** |

## ORDER ENLARGING THE TIME TO FILE
## NOTICES OF REMOVAL OF RELATED PROCEEDINGS

Upon consideration of the *Debtor's First Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings* (the "Motion"),[2] filed by the Debtor; and the Court having reviewed the Motion; and it appearing that proper and adequate notice has been given and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted hereon; and after due deliberation thereon; and sufficient cause therefor; it is hereby ORDERED that:

1. The Motion is GRANTED, as set forth herein.

2. Pursuant to Bankruptcy Rule 9006, the time within which the Debtor may file notices of removal of those civil actions to which the Debtor is or may become a party is extended through and including February 3, 2025.

3. This Order shall be without prejudice to (a) any position the Debtor may take regarding whether section 362 applies to stay any litigation pending against the Debtor, or (b) the

---

[1] The Debtor's mailing address in this chapter 11 case is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

IMPAC 11664908v.3

Debtor's right to seek a further extension or extensions of the time within which to file notices of removal of actions and related proceedings upon motion filed with the Court.

    4.    This Court shall retain jurisdiction with respect to all matters relating to or arising from the Motion or the interpretation or implementation of this Order.

**Dated: August 16th, 2024**
**Wilmington, Delaware**

                              2 *Laurie Selber Silverstein*
                              **LAURIE SELBER SILVERSTEIN**
                              **UNITED STATES BANKRUPTCY JUDGE**

IMPAC 11664908v.3