# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Old Mbria Inc.,[1] | Case No. 24-10952 (LSS) |
| Debtor. | |

## NOTICE OF AGENDA FOR HEARING ON
## JANUARY 12, 2026 AT 11:00 A.M. (ET)[2]

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**RESOLVED MATTER:**

1. Plan Administrator's Second Motion for an Order Further Extending the Claims Objection Deadline Under Confirmed Chapter 11 Plan [Docket No. 453 – filed on November 25, 2025]

    Objection/Response Deadline        December 9, 2025 at 4:00 p.m. (ET)

    Objection/Responses Received:      None.

    Related Documents:

    A.    Certificate of No Objection Regarding Plan Administrators Second Motion for an Order Further Extending the Claims Objection Deadline Under Confirmed Chapter 11 Plan [Docket No. 456 – filed on December 10, 2025]

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/Ambri.

12051826v.2 / 23973.00001

B.    Second Order Further Extending the Claims Objection Deadline Under Confirmed Chapter 11 Plan [Docket No. 457 – entered on December 15, 2025]

Status: The order granting the requested relief has been entered.  No hearing is necessary.

**MATTER GOING FORWARD:**

2.    Plan Administrator's Objection to Proofs of Claim Filed by the Department of Treasury - Internal Revenue Service [Docket No. 441 – filed on October 8, 2025]

Objection/Response Deadline    December 10, 2025 at 4:00 p.m. (ET).

Objection/Responses Received:

A.    None.

Related Documents:

i.    Declaration of Plan Administrator in Support of Plan Administrator's Objection to Proof of Claim Filed by the Department of Treasury - Internal Revenue Service [Docket No. 442 – filed on October 8, 2025]

ii.    Supplemental Notice of Plan Administrator's Objection to Proofs of Claim Filed by the Department of Treasury - Internal Revenue Service [Docket No. 450 – filed on November 19, 2025]

Status: This matter is going forward.

Dated: January 8, 2026  
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ Shannon A. Forshay*  
L. Katherine Good (DE No. 5101)  
Brett M. Haywood (DE No. 6166)  
Shannon A. Forshay (DE No. 7293)  
1313 North Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email:  kgood@potteranderson.com  
          bhaywood@potteranderson.com  
          sforshay@potteranderson.com

*Counsel for the Plan Administrator*