**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Old Mbria Inc.,[1] | Case No. 24-10952 (LSS) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING ON MAY 1, 2026 AT 12:00 P.M. (ET)[2]**

> **This proceeding will be conducted in-person. All counsel and witnesses
> are expected to attend unless permitted to appear remotely via Zoom.
> Please refer to Judge Silverstein's Chambers Procedures
> (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website
> (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may
> participate remotely, the method of allowed participation (video or audio), Judge
> Silverstein's expectations of remote participants, and the advance registration
> requirements.
> Registration is required by 4:00 p.m. (ET) the business day before the hearing unless
> otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER WITH CERTIFICATE OF NO OBJECTION:**

1.    Motion of Plan Administrator for (I) Entry of Final Decree of Chapter 11 Case; (II) Terminating Engagement of Claims Agent; (III) Authorizing the Abandonment or Destruction of Books and Records; and (IV) Granting Related Relief [Docket No. 476 – filed on April 6, 2025]

      Objection/Response Deadline       April 20, 2026 at 4:00 p.m. (ET).

      Objection/Responses Received:      None.

      Related Documents:

      A.      Certificate of No Objection Regarding Motion of Plan Administrator for (I) Entry of Final Decree of Chapter 11 Case; (II) Terminating Engagement of Claims Agent;

---

[1] The Debtor's mailing address is 53 Brigham Street, Unit 8, Marlborough, MA 01752, and the last four digits of the Debtor's federal tax identification number are 0023.

[2] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/Ambri.

12051826v.2 / 23973.00001

(III) Authorizing the Abandonment or Destruction of Books and Records; and (IV) Granting Related Relief [Docket No.481 – filed on April 21, 2026]

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

Dated: April 29, 2026
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

*/s/ Brett M. Haywood*
L. Katherine Good (DE No. 5101)
Brett M. Haywood (DE No. 6166)
Shannon A. Forshay (DE No. 7293)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  kgood@potteranderson.com
          bhaywood@potteranderson.com
          sforshay@potteranderson.com

*Counsel for the Plan Administrator*

2

12051826v.2 / 23973.00001